UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:13-cv-02891-EAK-EAJ

LESTER LEE WHITE,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.
_____/

## ORDER

The Court, having read the supporting Memorandum dated the 7th day of January, 2015, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the unopposed motion for Equal Access to Justice fees in the amount of $5,768.40 be granted in addition to reimbursement of costs in the amount of $400.00 for the federal court filing fees to be paid from the Judgment Fund.

Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

Entered: April 6, 2015

HONORABLE Elizabeth A. Kovachevich
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

1